UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALEXANDER A. WILLIAMS, ID #19042243, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:19-CV-2468-G-BH |
| DALLAS COUNTY, | ) ) | |
| Defendant. | ) ) ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the motion for injunctive relief, received on January 24, 2020 (docket entry 23), is **DENIED**, and by separate judgment, the plaintiff's complaint will be **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B)(i) as frivolous and for failure to state a claim.

If the plaintiff files a notice of appeal, he must pay the $505.00 appellate filing fee or submit a motion to proceed *in forma pauperis* and a properly signed certificate of inmate trust account.

**SO ORDERED**.

August 21, 2020.

_____
A. JOE FISH
Senior United States District Judge